IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JOSHUA D. FRANKLIN,**

    *Plaintiff*,

v.                                    Case No.: **4:23cv245-MW/MJF**

**SECURUS TECHNOLOGIES, LLC,**
et al.,

    *Defendants*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 5, and has also reviewed *de novo* Plaintiff's objections, ECF No. 6.

Plaintiff reiterates that he is in imminent danger in this case based on "the COVID-19 bio-weapon." ECF No. 6 at 1. But many courts have held that "general allegations regarding potential COVID-19 exposure are insufficient to establish imminent danger." *Hargrove v. Kemp*, No. 1:21-CV-4487-ELR, 2022 WL 382014,

*1 (N.D. Ga. Jan. 19, 2022) (citations omitted). So too here.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 5, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's action is **DISMISSED** under 28 U.S.C. § 1915(g), without prejudice to Petitioner's initiating a new case accompanied by the $402.00 fee in its entirety." The Clerk shall terminate ECF No. 2 as moot and close the file.

**SO ORDERED on June 30, 2023.**

                                      s/Mark E. Walker  
                                      **Chief United States District Judge**